UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

W. LAWRENCE LENEVE,

    Petitioner,

v.         Case No. 5:10-cv-107-Oc-23GRJ

WARDEN, FCC COLEMAN-LOW,

    Respondent.
_____/

## **ORDER DISMISSING PETITION**

Leneve's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) requested placement in a residential re-entry center. Because Leneve was transferred to a residential re-entry center in Miami, Florida, he moves (Doc. 9) to dismiss the petition as moot. The motion is **GRANTED**. The petition is **DISMISSED AS MOOT.** Al Najjar v. Ashcroft, 273 F.3d 1330 (11th Cir. 2001). The Clerk shall enter judgment, terminate any pending motion, and close the file.

ORDERED in Tampa, Florida, on June 21, 2010.

                                                STEVEN D. MERRYDAY
                                         UNITED STATES DISTRICT JUDGE